**STATE NATIONAL INSURANCE COMPANY, Plaintiff–Counter–Defendant–Appellee,**

v.

**The CITY OF MIAMI, Defendant–Counter–Claimant–Appellant.**

**No. 10–12685**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 24, 2010.

Walter J. Andrews, Hunton & Williams, McLean, VA, Anna Price Lazarus, Hunton

---

& Williams, Miami, FL, Robert Jeffrey Morrow, Hunton & Williams, LLP, New York, NY, for Plaintiff–Counter–Defendant–Appellee.

John A. Greco, Warren Bittner, Julie O. Bru, Henry Joseph Hunnefeld, City of Miami Attorney's Office, Miami, FL, for Defendant–Counter–Claimant–Appellant.

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

The summary judgment in favor of State National Insurance Company is affirmed for the reasons set forth in the Order Granting State National Insurance Company's Motion For Summary Judgment entered by the district court on May 10, 2010.

AFFIRMED.